**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

SAMANTHA WEST-MOOMEY,

    Plaintiff,

v.                                                      Case No. 13-13696

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER SETTING STATUS CONFERENCE**

During a September 18, 2013, conference, the parties agreed to undertake informal discovery. Defendant expects within eight weeks to receive a doctor's report on Plaintiff's condition, and the parties plan to mediate two weeks after the issuance of the report. Accordingly,

IT IS ORDERED that, unless the parties settle (in which event they should promptly report the settlement to the court), a telephone status conference will occur on **December 9, 2013, at 2:00 p.m.**, and a formal discovery deadline will be set.

                                                  s/Robert H. Cleland
                                                  ROBERT H. CLELAND
                                                  UNITED STATES DISTRICT JUDGE

Dated: September 19, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 19, 2013, by electronic and/or ordinary mail.

                                       s/Lisa Wagner
                                       Case Manager and Deputy Clerk
                                       (313) 234-5522